IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-3311-SBP

AMERICAN TOWERS LLC,
SPECTRASITE COMMUNICATIONS, LLC,
and INSITE WIRELESS GROUP, LLC,

    Plaintiffs,

v.

DISH WIRELESS L.L.C.,

    Defendant.

### [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT

THIS MATTER having come before the Court upon Plaintiffs American Towers LLC, SpectraSite Communications, LLC, and InSite Wireless Group, LLC's (collectively, "American Tower") Unopposed Motion To Restrict; and

WHEREBY American Tower, with the consent of Defendant DISH Wireless L.L.C. ("DISH"), moves this Court to restrict public access to the information concerning the negotiation and terms of a confidential Strategic Collocation Agreement by and between American Tower and DISH (the "SCA"), as described in the Complaint For Declaratory Action and its exhibits filed by American Tower against DISH on October 20, 2025 (Dkt. No. 1) (the "Complaint"); having considered all of the papers submitted in connection therewith; and good cause having been shown;

IT IS HEREBY ORDERED that the Motion is GRANTED;

1

IT IS FURTHER ORDERED that the SCA (Exhibit A, Dkt. No. 1-1) is restricted as a Level 1 Restricted Document;

IT IS FURTHER ORDERED that the redactions applied to information concerning the negotiation and terms of the SCA contained in the publicly filed versions of the Complaint (Paragraphs 1, 7–14, 16–18, 38–53, 69, 71–73, 81, and 85) and other exhibits attached thereto (certain portions of Exhibits B–E) shall be maintained and the unredacted versions of the Complaint (Dkt. No. 1) and Exhibits B–E (Dkt. Nos. 1-2 to 1-5) shall be subject to Level 1 Restriction; and

IT IS FURTHER ORDERED that all future filings in this action containing information concerning the negotiation and terms of the SCA shall be subject to Level 1 Restriction and corresponding redactions of such information shall be applied to any publicly filed versions of such filings.

Entered and dated at Denver, Colorado this _____ day of _____, 2025.

BY THE COURT:

_____
Susan B. Prose, U.S.M.J.