IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-3311-SBP

AMERICAN TOWERS LLC,
SPECTRASITE COMMUNICATIONS, LLC,
and INSITE WIRELESS GROUP, LLC,

    Plaintiffs,

v.

DISH WIRELESS L.L.C.,

    Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT**

Defendant DISH Wireless L.L.C. ("Defendant") respectfully moves the Court to extend the time by which Defendant is to file an answer or respond to Plaintiffs' Complaint by 21 days, up to and including December 8, 2025. In support of this Motion, Defendant states as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.L.CivR 7.1(a), Defendant has conferred with Plaintiffs on the extension sought by this Motion. Plaintiffs consent to the extension.

**UNOPPOSED MOTION**

1.    On October 20, 2025, Plaintiffs filed a complaint against Defendant. *See* ECF No. 1.

2.    Defendant agreed to accept service of the Complaint on October 27, 2025, making its deadline to respond to the Complaint November 17, 2025.

3.  Defendant seeks a brief, 21-day extension of time to investigate the facts of this case and develop its response to the Complaint.

4.  Defendant shows good cause for its requested extension. This case was only recently filed, and Defendant is still in the early stages of investigating the allegations in the Complaint. Further, the Court has not yet set a Scheduling Conference, so the requested extension will not delay this matter.

5.  No party would be prejudiced by the extension sought by this Motion. As noted above, Plaintiffs consent to the extension.

6.  This is Defendant's first request for an extension of time to file its answer or other response.

7.  Pursuant to D.C.COLO.L.CivR 6.1(c), a copy of this Motion is being contemporaneously served by undersigned counsel on their client.

## CONCLUSION

Defendant respectfully requests the Court enter an order extending the deadline for Defendant to answer or respond to the Complaint by 21 days, up to and including December 8, 2025.

Dated:  November 10, 2025.    Respectfully submitted,


                                    *s/ Jacob A. Rey*
Hugh Gottschalk
Jacob A. Rey
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:  303.244.1800
Facsimile:   303.244.1879
Email:   rey@wtotrial.com
         gottschalk@wtotrial.com

Attorneys for Defendant Dish Wireless LLC

3

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on November 10, 2025, a true and correct copy of the foregoing document was e-filed and served through the CM/ECF system which will service notice on all counsel of record in this case.

/s/Jacob A. Rey