**HQGIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-3311-SBP

AMERICAN TOWERS LLC,
SPECTRASITE COMMUNICATIONS, LLC,
and INSITE WIRELESS GROUP, LLC,

    Plaintiffs,

v.

DISH WIRELESS L.L.C.,

    Defendant.

**NOTICE OF ENTRY OF APPEARANCE**

Pursuant to D.C.COLO.LAttyR 5(a), Hugh Q. Gottschalk of Wheeler Trigg O'Donnell LLP, 370 Seventeenth Street, Suite 4500, Denver, CO 80202-5647, telephone number (303) 244-1800, facsimile number (303) 244-1879, email gottschalk@wtotrial.com, certifies that he is a member in good standing of the bar of this Court, and enters his appearance as counsel of record for Defendant Dish Wireless LLC.

1

Dated: November 10, 2025.

Respectfully submitted,

*s/Hugh Q. Gottschalk*
Hugh Q. Gottschalk
Jacob A. Rey
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: rey@wtotrial.com
gottschalk@wtotrial.com

Attorneys for Defendant Dish Wireless LLC

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 10, 2025, a true and correct copy of the foregoing document was e-filed and served through the CM/ECF system which will service notice on all counsel of record in this case.

/s/Hugh Q. Gottschalk