IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-3311-SBP

AMERICAN TOWERS LLC,
SPECTRASITE COMMUNICATIONS, LLC,
and INSITE WIRELESS GROUP, LLC,

      Plaintiffs,

v.

DISH WIRELESS L.L.C.,

      Defendant.

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Plaintiffs American Towers LLC, SpectraSite Communications, LLC, and InSite Wireless Group, LLC.

Dated: November 19, 2025

                                              *s/ David B. Hennes*
                                              David B. Hennes
                                              ROPES & GRAY LLP
                                              1211 Sixth Avenue
                                              New York, NY 10036
                                              T: (212) 596-9000
                                              david.hennes@ropesgray.com

                                              *Attorney for Plaintiffs American Towers LLC, SpectraSite Communications, LLC, and InSite Wireless Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, a true and correct copy of the foregoing document was e-filed and served through the CM/ECF system which will service notice on all counsel of record in this case.

*s/ David B. Hennes*
David B. Hennes