# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-3311-SBP

AMERICAN TOWERS LLC,
SPECTRASITE COMMUNICATIONS, LLC,
and INSITE WIRELESS GROUP, LLC,

    Plaintiffs,

v.

DISH WIRELESS L.L.C.,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Plaintiffs American Towers LLC, SpectraSite Communications, LLC, and InSite Wireless Group, LLC.

Dated: November 19, 2025

    *s/ Andrew S. Todres*

    Andrew S. Todres
    ROPES & GRAY LLP
    1211 Sixth Avenue
    New York, NY 10036
    T: (212) 596-9000
    andrew.todres@ropesgray.com

    *Attorney for Plaintiffs American Towers LLC, SpectraSite Communications, LLC, and InSite Wireless Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, a true and correct copy of the foregoing document was e-filed and served through the CM/ECF system which will service notice on all counsel of record in this case.

*s/ Andrew S. Todres*
Andrew S. Todres