IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-3311-SBP

AMERICAN TOWERS LLC,
SPECTRASITE COMMUNICATIONS, LLC,
and INSITE WIRELESS GROUP, LLC,

  Plaintiffs,

v.

DISH WIRELESS L.L.C.,

  Defendant.

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

  I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Plaintiffs American Towers LLC, SpectraSite Communications, LLC, and InSite Wireless Group, LLC.

Dated: November 19, 2025

              *s/ Dominique R. Rioux*

              Dominique R. Rioux
              ROPES & GRAY LLP
              800 Boylston Street
              Prudential Tower
              Boston, MA 02199
              T: (617) 951-7000
              dominique.rioux@ropesgray.com

              *Attorney for Plaintiffs American Towers*
              *LLC, SpectraSite Communications, LLC,*
              *and InSite Wireless Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, a true and correct copy of the foregoing document was e-filed and served through the CM/ECF system which will service notice on all counsel of record in this case.

*s/ Dominique R. Rioux*
Dominique R. Rioux