# EXHIBIT 2

# Answer Filed Under Restriction