IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-3311-SKC-SBP

AMERICAN TOWERS LLC,
SPECTRASITE COMMUNICATIONS, LLC,
and INSITE WIRELESS GROUP, LLC,

    Plaintiffs,

v.

DISH WIRELESS L.L.C.,

    Defendant.

### [PROPOSED] ORDER GRANTING JOINT MOTION TO RESTRICT

THIS MATTER has come before the Court upon Plaintiffs American Towers LLC, Spectrasite Communications, LLC, and Insite Wireless Group, LLC ("Plaintiffs") and Defendant DISH Wireless L.L.C.'s ("Defendant") (collectively the "Parties") Joint Motion to Restrict. For the reasons stated in the motion and pursuant to D.C.COLO.LCivR 7.2(c), the Court GRANTS the motion.

The Clerk of the Court is directed to maintain the Level 1 Restriction over Defendant's Answer (ECF No. 21) and Plaintiffs' Motion for Judgment on the Pleadings (ECF No. 23). The redactions applied to information concerning the negotiations and terms of the SCA contained in the publicly filed version of Plaintiffs' Motion for Judgment on the Pleadings (ECF No. 22) shall be maintained. The Clerk of the Court is

1

directed to file the redacted version of Defendant's Answer, which was attached as Exhibit 1 to the Joint Motion to Restrict, as a separate docket entry.

Dated: _____

_____
Hon. S. Kato Crews
United States District Judge

2