# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-3311-SKC-SBP

AMERICAN TOWERS LLC,
SPECTRASITE COMMUNICATIONS, LLC,
and INSITE WIRELESS GROUP, LLC,

      Plaintiffs,

v.

DISH WIRELESS L.L.C.,

      Defendant.

---

## [PROPOSED] ORDER GRANTING
## JOINT MOTION FOR EXTENDED BRIEFING SCHEDULE ON MOTION
## FOR JUDGMENT ON THE PLEADINGS

The Court, having considered the Joint Motion for Extended Briefing Schedule on Motion for Judgment on the Pleadings, **GRANTS** the joint motion.

Defendant shall file its response to Plaintiffs' Motion for Judgment on the Pleadings by January 19, 2026. Plaintiffs shall file their reply by February 6, 2026.

Dated: _____

                                                Hon. S. Kato Crews
                                                United States District Judge