# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-3311-SKC-SBP

AMERICAN TOWERS LLC,
SPECTRASITE COMMUNICATIONS, LLC,
and INSITE WIRELESS GROUP, LLC,

    Plaintiffs,

v.

DISH WIRELESS L.L.C.,

    Defendant.

---

### [PROPOSED] ORDER GRANTING
### UNOPPOSED MOTION TO ENLARGE PAGE LIMITATION FOR
### RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS

---

THIS MATTER has come before the Court upon Defendant DISH Wireless L.L.C.'s ("Defendant") Unopposed Motion to Enlarge Page Limitation for Response to Plaintiffs' Motion for Judgment on the Pleadings. For the reasons stated in the motion and for good cause shown, the Court GRANTS the motion.

Defendant's response to Plaintiffs' Motion for Judgment on the Pleadings shall not exceed 20 pages.

Dated: _____

                                                  _____
                                                  Hon. S. Kato Crews
                                                  United States District Judge

1